IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **LOUIS BRACKEN,** *individually and on behalf of all others similarly situated*, § § § | |
| Plaintiff, § § | |
| v. § | Civil Action No. **3:20-CV-1991-L-BK** |
| § | |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC,** § § § § | |
| Defendant. § | |

## JUDGMENT

This judgment is issued pursuant to the court's order, dated September 9, 2021.  It is, therefore, **ordered, adjudged, and decreed** that this action by Louis Bracken, individually and on behalf of all others similarly situated ("Plaintiff"), against Defendant Portfolio Recovery Associates, LLC ("Defendant") is **dismissed with prejudice**; that Plaintiff take nothing; that all allowable and reasonable costs are taxed against Plaintiff; and that all relief not expressly granted herein is denied.

**Signed** this 9th day of September, 2021.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

**Judgment - Solo Page**